

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2019

No. 04-19-00297-CV

**IN THE INTEREST OF J.J.C.B.R., J.E.R., AND J.J.D.R., CHILDREN**,
Appellant

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01636
Honorable Genie Wright, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due to be filed on May 20, 2019. Because the reporter's record was not filed by the due date, on May 22, 2019, this court ordered the reporter's record to be filed by June 3, 2019. TEX. R. APP. P. 35.3(c). This court's order stated, "**FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**"

On June 3, 2019, this court left a message for the court reporter responsible for preparing the reporter's record, Ms. Angie Jimenez, inquiring about the status of the record. Ms. Jimenez did not respond to the message.

It is therefore ORDERED that Ms. Jimenez file the reporter's record in this appeal no later than June 17, 2019. *See id.* (limiting extensions for filing record in accelerated appeals to ten days); *see also* TEX. R. APP. P. 28.4(b)(2) (precluding appellate court from granting extensions of time to file record in excess of thirty days cumulatively). If the record is not received by such date, an order may be issued directing Ms. Jimenez to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Jimenez by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Peter Sakai, Judge of the 225th Judicial District Court. *See also* TEX. R. APP. P. 28.4(b)(1) (requiring trial court to direct the court reporter "to immediately commence the preparation of the reporter's record" in a parental termination appeal and to "arrange for a substitute reporter, if necessary").

_____
Sandee Bryan Marion, Chief Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2019.



_____
Keith E. Hottle,
Clerk of Court